

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Ingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-102-209

**Effective Date of Registration:**
February 07, 2018

---

## Title

**Title of Work:** PUNK

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** September 07, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Polyblank Designs Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Polyblank Designs Ltd
9 Reckitt Road, London, W4 2BT, United Kingdom

## Rights and Permissions

**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279

## Certification

**Name:** John R. Mugno
**Date:** February 07, 2018





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Terle*

Acting United States Register of Copyrights and Director

Registration Number

## VA 2-102-211

Effective Date of Registration:
February 07, 2018

---

## Title _____

Title of Work: POP

## Completion/Publication _____

Year of Completion: 2009
Date of 1st Publication: September 06, 2009
Nation of 1ˢᵗ Publication: United Kingdom

## Author _____

- Author: Polyblank Designs Ltd
Author Created: 2-D artwork
Work made for hire: Yes
Domiciled in: United Kingdom

## Copyright Claimant _____

Copyright Claimant: Polyblank Designs Ltd
9 Reckitt Road, London, W4 2BT, United Kingdom

## Rights and Permissions _____

Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279

## Certification _____

Name: John R. Mugno
Date: February 07, 2018





**POP**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Ungla*

Acting United States Register of Copyrights and Director

Registration Number

## VA 2-103-973

Effective Date of Registration:
February 07, 2018

## Title _____

Title of Work: FASHION

## Completion/Publication _____

Year of Completion: 2010
Date of 1st Publication: February 06, 2011
Nation of 1st Publication: United Kingdom

## Author _____

- Author: Polyblank Designs Ltd. DBA Takkoda
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United Kingdom

## Copyright Claimant _____

Copyright Claimant: Polyblank Designs Ltd. DBA Takkoda
9 Reckitt Road, London, W4 2BT, United Kingdom

## Rights and Permissions _____

Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279

## Certification _____

Name: John R. Mugno
Date: February 07, 2018

**Correspondence:** Yes





**FASHION**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Teyl*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-103-977

**Effective Date of Registration:**
February 07, 2018

## Title _____

       **Title of Work:**   RAP

## Completion/Publication _____

       **Year of Completion:**   2010
     **Date of 1st Publication:**   September 05, 2010
   **Nation of 1st Publication:**   United Kingdom

## Author _____

-        **Author:**   Polyblank Designs Ltd. DBA Takkoda
    **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
      **Domiciled in:**   United Kingdom

## Copyright Claimant _____

    **Copyright Claimant:**   Polyblank Designs Ltd. DBA Takkoda
                   9 Reckitt Road, London, W4 2BT, United Kingdom

## Rights and Permissions _____

       **Name:**   John Robert Mugno
      **Email:**   johnmugno@aol.com
  **Telephone:**   (212)925-3474
    **Address:**   233 Broadway - Suite 2348
                   New York, NY 10279

## Certification _____

       **Name:**   John R. Mugno
        **Date:**   February 07, 2018

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number
## VA 2-223-589
**Effective Date of Registration:**
September 24, 2020
**Registration Decision Date:**
November 18, 2020

## Title

| | |
|---|---|
| **Title of Work:** | PIRATE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | May 26, 2010 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Polyblank Designs Ltd (dba Takkoda) |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Polyblank Designs Ltd (dba Takkoda) |
| | 9 Reckitt Road, London, W4 2BT, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

**Name:** John R. Mugno
**Date:** September 24, 2020

Character Name: Pirate

Date of Creation: 26.05.2010

VA 2-223-589



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-223-593**

**Effective Date of Registration:**
September 24, 2020
**Registration Decision Date:**
November 18, 2020

---

## Title
_____

Title of Work: ROCK N' ROLL

## Completion/Publication
_____

Year of Completion: 2008
Date of 1st Publication: January 06, 2008
Nation of 1st Publication: United Kingdom

## Author
_____

- Author: Polyblank Designs Ltd (dba Takkoda)
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United Kingdom

## Copyright Claimant
_____

Copyright Claimant: Polyblank Designs Ltd (dba Takkoda)
9 Reckitt Road, London, W4 2BT, United Kingdom

## Rights and Permissions
_____

Organization Name: Law Offices of John R. Mugno
Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification
_____

Name: John R. Mugno
Date: September 24, 2020

Character Name: Rock n' Roll

Date of Creation: 06.01.2008

VA 2-223-593



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-223-846

**Effective Date of Registration:**
September 24, 2020
**Registration Decision Date:**
November 20, 2020

## Title

**Title of Work:** BROTHERS

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 22, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Polyblank Designs Ltd (dba Takkoda)
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Polyblank Designs Ltd (dba Takkoda)
9 Reckitt Road, London, W4 2BT, United Kingdom

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Name: John R. Mugno
Date: September 24, 2020

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Character Name: Brothers

Date of Creation: 22.02.2019

VA 2-223-846

